### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMONIC COMBS, Jr., | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 3:21-cv-00071-JPG ) |
| RICHARD WATSON et al., | ) ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** April 10, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE